U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

MAR 0 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Dan Mitchell
Full Name of Plaintiff, Prisoner Number

5:13-cv-0477 Sec.P
Civil Action

VS.

Judge

Jerry Goodwin, etal
Full Name of Defendant

Magistrate Judge

COMPLAINT

I. Previous Lawsuits

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes ✓ No ____

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

U.S. Middle District Court & U.S. Western District Court Federal Courts: Baton Rouge & Shreveport, Caddo Parish

2. Name the parties to the previous lawsuit(s):

Plaintiffs: Dan Mitchell

Defendants: Sgt. Tyrone Johnson, Sgt. Butler, Warden Tim Wilkinson, Eddie Ducksworth, C/O G. Woodard, and Roderrick Kidd

3. Docket number(s): 1:05-cv-1432, 1:04-cv-2023, & 12-63-JJB-DLD

4. Date(s) on which each lawsuit was filed: 6-24-05, 1-22-12, & 8-23-05

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

5-25-05, 4-26-12, & 12-22-05 Dismissed / Cases Not Pending

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which

has been dismissed?
Yes ✓ No _____

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

U.S. Western District Court & U.S. Middle District Court, the plaintiff might not have "3 Strikes", 1 plain error, 1 dismissal without prejudice, & 1 frivolity.

II. A. Name of institution and address of current place of confinement:

David Wade Correctional Center, 670 Bell Hill Rd, Homer, La 71040-2150

B. Is there a prison grievance procedure in this institution?
Yes ✓ No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes ✓ No _____
If Yes, what is the Administrative Remedy Procedure number? D.W.C.C.-2012-0964

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

See attached grievance procedures.

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

# MEMO

TO: Dan Mitchell 438855 N4B

FROM: Tommy Garrett
Executive Staff Officer

DATE: December 21, 2012

RE: ARP-DWCC-12-0964
ARP-DWCC NUMBER

Your request to have the above referenced Administrative Remedy Procedure (ARP) sent to the Secretary has been received.

The necessary documents have been sent to the Secretary for review.

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: DWCC-2012-0964

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: Mitchell, Dan 438855
Offender Name and Number

DWCC
Living Unit

Response to Request Dated 12/19/2012, Received in this Office on 01/02/2013:

Your request for an Administrative review of ARP # DWCC-2012-0964 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

We accept staff's position on the matter and can add nothing to make the issue any clearer. It has been determined, after a thorough review of all pertinent documentation, that your request was adequately addressed at the first step. You have failed to provide any evidence to substantiate your allegations. There is no reason for Administrative Intervention.

Your request for relief is denied.

02/11/13
Date

[signature]
Secretary's Signature or His Designee

III. Parties to Current Lawsuit:

A. Name of Plaintiff Dan Mitchell, 670 Bell Hill Road

Address Homer, La 71040-2150

B. Defendant, Warden Jerry Goodwin, is employed as David Wade Corr. Center at 670 Bell Hill Road Homer, La 71040.

Defendant, Dr. Hearn, is employed as David Wade Corr. Center at Homer, La 71040.

Defendant, Dr. Fuller, is employed as David Wade Corr. Center at Homer, La 71040.

Additional defendants Capt. Jesse Scriber, Capt. Benson, EMT/Joe Williams, Col. Rogers, Paula Millwee, Nurse Jackie Tucker, Warden Dauzat, Chris Evans, Tammy Poole, Miram Hernigan, Capt. Hanson, Col. Lonnie Nail, Sgt. Fryer, & M. Liles

IV. Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

See attached statements or facts

# IV. Statements of Claim

On 3-10-04, me and inmate Kenneth Walker had a tool fight in the field at CCA/Winn Correctional Center. I ended up hitting Kenneth with a Garden Hoe in the head, almost killing him. I notified Mona Heyse-ARP Screening Officer, Tim Wilkinson-Warden, Bobby Toler-K9 Unit, McDonald-Field Officer, Coleman-Captain, and Dr. Wheat-Doctor that I been having mental disturbance everytime I go to work in the field because I can still see Kenneth Walker, paraniodia. I do have enemies at CCA/WCC and I do not wish to get myself hurt in the process. While housed at CCA/WCC I have been placed on several different kind of mental health medication, several of times I have been replaced in the field after 3-10-04 incident, and given a garden hoe to work with. So, I filed an ARP but Mona Heyse would not respond to my ARP.. Therefore on 2-7-08, I submitted my ARP to DOC Headquarter.

Mona Heyse conspirated with DOC personnels James M. Leblanc, Johathan R. Vining, and Rhonda Z. Weldon in order to respond to my A.R.P.. DOC personnels then conspirated with the 19th Judicial District Court staff John M. Smart-Judge and Terrilynn Cannon-Court Record, by filing a civil case in the 19th J.D.C without my consent. John and Terrilynn inadequately and deliberately stated in case # 566,391, that I have a No Tool Duty Status in order to go back to work in the field after 3-10-04 incident. James Leblanc, Johathan R. Vining, and Rhonda Z. Weldon also conspirated with the 19th J.D.C by stating that I have an No Tool Duty Status. I do not have a No Tool Duty Status and I never had a No Tool Duty Status.

Due to this conspiracy I was forced back in the field and given a Garden Hoe.

On 4-1-09, at C.C.A/W.C.C.. Dr. Wheat placed me on suicide watch. Dr. Wheat then told me I'm not coming off of watch until I go to work in the field. Therefore, on 4-28-09. I went to work in the field and took off running pass the gun line due to mental disorder. I was then shot at by C/O David Tucker, apprehended by K9-Unit Bobby Toler, Capt. Brian Canerday. Severely beaten by K9-Unit Toler and Capt. Canerday, called a nigger, and rebooked for simple escape.

On 12-15-09 at CCA/W.C.C., B1 tier. Inmate Demarcus Sullivan came to B1-tier covered with inflammatory agent, screeming if you place me in the cell with anyone we are going to fight. Capt. James Rials, C/O Potter, C/O Maxwell, and Lt. Horne then forced Demarcus in the cell with Alice Siquel and watched them fight for 5 minutes. Lt. Horne then used inflammatory agent to brake Demarcus & Alice up from fighting. Lt. Horne then told me I'm next. After I could not compromise with Capt. Rials and C/O Maxwell in order to keep from fighting Demarcus I then threw a liquid substance on Lt. Horne. Lt. Horne then sprayed me with inflammatory agent and placed me in hand-cuffs. I was then slammed twiced on the concrete floor causing face and <u>back</u> injuries, by Lt. Horne and C/O Maxwell while I was in restraint.

On 4-13-12, at David Wade Correctional Center. I filled out an Health Care Request Form. I was then seen by RN/H. Liles, she looked at my back complications and then referred me to be seen by the prison doctor.

On 4-17-12, at D.W.C.C.. RN/Miram Hennigan conspirated with medical by placing a inadequate disciplinary report against me, malingering. RN/Hennigan is not a back specialist but she still said I was malingering when my back complications is physically obvious.

On 4-19-12, at D.W.C.C.. I was escorted from the field to north side infirmary. As I limpped into the infirmary in pain, nurse Pigager gave me a one day duty status; because she seen how badly my left lower back is pushed inward and swollen, and I'm not able to preform field labor. Nurse Pigager and D.W.C.C medical staffs know I have back complications but I was still forced to go back to work in the field without being re-examined.

On 4-23-12, at D.W.C.C.. Nurse Tammy Poole conspirated with medical by placing a insufficient disciplinary report against me, malingering. Nurse Poole is not a back specialist but she still said I was malingering when my back complications is physically obvious.

The Plaintiff is receiving consent due suffering and residual injuries by D.W.C.C. medical staff & security staff. Also D.W.C.C doctors are not monitoring the Plaintiff residual back injuries.

On 4-23-12, at D.W.C.C.. Due to the net-work of conspiracy. RN/H. Liles placed a inadequate malingering against me. RN/H. Liles know I have back complications because on 4-13-12, she referred me to see the doctor.

On 4-23-12, at D.W.C.C.. I was escorted from the field to the infirmary and then placed me in a wheelchair. Major Roderick Malcolm placed a inadequate disciplinary report against me, aggravated work offense. How can I go back to work in the field when I was placed in a wheelchair by medical? Due to intense walking and working in the field my back complications became worst, limiting me in walking without falling. Major Malcolm told me when I see the doctor they will let me out of extended lock down.

On 4-23-12, at D.W.C.C.. As I was being escorted from general population to extended lock down in a wheelchair. Capt. Hanson grabbed me by my jumpsuit collar, left me out of the wheelchair screeming at me; causing more extreme pain to my back, while Sgt. Fryer incouraged Capt. Hanson to continue with her wanton behavior towards me.

Apirl of 2012, at David Wade Correctional Center. My back started showing off and on deformation; due to intense walking or working in the field. On 4-23-12, my back deformation never went away, when I try to stand up.

Warden Jerry Goodwin, Col. Lonnie Nail, Classificational Officer Mark Hunter conspirated with James M. Leblanc in order too illegally replace me in the field at David Wade Correctional Center when they knew about 4-28-09 incident at CCA/W.C.C when I took off running in the field pass the gun line, due to mental disorder. The reason why Col. Nail, Warden Goodwin, Mark Hunter, and Louisiana Department of Public Safety & Corrections, secretary James M. Leblanc conspirated to replace me in the field at D.W.C.C in order too get me shot too death, an act of attempt too commit murder.

On 4-23-12, at D.W.C.C.. Due to paranoida I seen Kenneth Walker face but when I got ready to take off running my back went out on me. Due to my back injury from 12-15-12 incident, at CCA/W.C.C.. Might have saved my life or saved me from hurting another inmate on 4-23-12, at D.W.C.C..

Due to conspiracies of disciplinary reports, concerning my back complications. On 4-25-12, Colonel Rogers illegally sentenced me to extended lock down before I got a chance to see Dr. Fuller until 4-26-12, South Side Infirmary. Warden Goodwin orchit-strated medical personnels not to allow me to see Dr. Fuller until I was placed in extended lock down.

On 4-23-12, I used the wheelchair 24/7. On 5-31-12, Some officers allowed me to use the wheelchair and some officers would not allow me to use the wheelchair. Continue process of on going pain.

On 5-10-12, at David Wade Correctional Center. I wrote a letter to South Side Investigative Officer Colonel Chris Evans about Captain Hanson, Major Roderick Malcolm, Warden Goodwin, and RN/M. Liles harassing me and omitting my back injury. Col. Evans did nothing to adequately address this situation.

On 5-22-12, I received a false disciplinary report of flirting with assistance warden Dauzat. Therefore, Col. Evans, ~~Ass~~ Warden Dauzat, and Col. Nail all conspirated to illegally place me on 10 days isolation. 10 days isolation mean I had to lay on concrete for 10 days, 17 ½ hours a day which caused wanton back pain and damages to my back.

On 6-5-12, at D.W.C.C.. RN/Paula Millwee and assistance warden Angie Huff conspirated with Dr. Hearn and Dr. Fuller in order to omit that I have back complications because my back injury is obvious even to a lay person.

On 6-15-12 and 6-16-12, at D.W.C.C.. Capt. Jesse Scriber hit me several times in my back with one inch jabs. Also, Capt Scriber allowed me to fall when he escorted me to South Side Infirmary. Captain Scriber know I have back complication which limits me in walking without holding on to something for support.

I'am steady receiving deliberate wanton pain by D.W.C.C medical staff and security staff. Plaintiff is also suffering mental pain due to D.W.C.C security and medical staff deliberate indifferent.

On 5-9-12, at D.W.C.C.. Dr. Hearn illegally removed my atenol pills for high blood pressure an act of attempt to commit murder, because high blood pressure can cause a heart attack or stroke. Security is in conspiracy with medical because Sgt. Fryer be passing out medication to inmates in extended lock down when he's not a nurse, doctor, nor emergency medical treatment personnel.

On 5-31-12; at D.W.C.C., South Side Infirmary. I was sexually harassed by Sgt. Fryer and Dr. Hearn. Sgt. Fryer ripped my jumpsuit open as I had to sit in fornt of Dr. Hearn nude, when she came into the medical room to cover me up with a sheet. Dr. Hearn and Sgt. Fryer just wanted to see me nude. It was already premeditated by Warden Goodwin for Dr. Hearn to not give me proper medical treatment. Dr. Hearn hit my knee two times and then said their is nothing wrong with my back. Dr. Fuller and Dr. Hearn are doctors but not back specalists.

On 4-26-12, At D.W.C.C.. Dr. Fuller scheduled me to see doctor Hearn. D.W.C.C prison doctors are doing everything in their power to omit my back injury in order to keep me from seeing a out side doctor in society but my back injuries are obvious even to a lay person. Prison medical and security staff does not want me to see an out side doctor because a M.R.I. scan is more adequate then a X-Ray scan.

On 4-23-12, I showed Sgt. Fryer and Major Roderick Malcolm my back but they still choose to cause me pain and suffering due to medical inadequately omitting my back injury, when my back injury is obvious even to a lay person.

On 6-19-12, at M.W.C.C. Captain Jesse Scriber know I have back injuries. I can not walk without holding on to something for support. Capt. Scriber allowed me to fall by forcing me to walk with-out using something for support. The fall caused me more wanton pain to my back. Capt. Scriber then dragged me off of M3-D-Tier. I was then placed in a wheelchair. Capt. Scriber slapped me several of times on top of my head. EMT/Joe Williams had amona in his hand covering my mouth and nose until I black out. Capt. Benson just sat their inside South Side Infirmary watching EMT/Joe Williams cruel & unusual punishment towards me. 6-18-12 incidents happen while I was in restraint, causing me residual back complications. 6-17-12 inciden also cause the plaintiff residual back complications. On 6-19-12, due to 6-17-12 and 6-18-12, the plaintiff walking ability became more limitative or decreased. The plaintiff then had to use two prison officer to assist him to walking instead of one prison officer.

On 5-31-12, after Dr. Hearn perverted examination of my back. Sgt. Fryer then came to M3-B#6 and told me that Dr. Hearn done took everything, your atenol and amitraptyline medicat

On 5-2-12, at David Wade Correctional Center. I wrote a request to A.R.P Screening Officer/Tommy Garrett stating to him to send me ARP documents that proves his allegations about why I have to file separate A.R.P's on medical and security at D.W.C.C when they are involved in the same conspiracy. Tommy did not send me no documents to prove his allegations. Tommy has rejected several of my A.R.P's.. I then withdrawn all my ARP's in order to move forward with A.R.P I filed on 7-27-12. On 7-27-12, I resubmitted the same medical staff, security staff, and more conspiraters on the same A.R.P.. Therefore, on 8-3-12 my ARP was accepted for the one I filed on 7-27-12.

Sgt. Fryer, H. Liles, Dr. Fuller, Dr. Hearn, Warden Goodwin, Major Roderick Malcolm, and Col. Chris Evans all have seen the obvious severe injuries due to my back condition that require medical treatment without a doubt but still chose to conspirate with medical in order too cause me wanton pain and unnecessary suffering.

Warden Goodwin orchistrated Dr. Hearn and Dr. Fuller too not too give me proper medical treatment in order to cause me wanton pain and too hinder me from receiving a duty status for a wheelchair or cruches. Atypically I'm being hindered from visiting my own mother because due to my back injury I'm not able to walk to the visitation shed without using something for support Due to D.W.C.C employees inflicting wanton pain upon me and not being allowed to visit my mother is causing me extreme mental pain.

May of 2012, Sgt. Fryer would not give me my medication and he told me to go f**k myself. Sgt. Fryer also be passing out and denying some inmates their medication when he's not a doctor, licence practice nurse, registered nurse, nor nurse practitioner, etc..

On 5-26-12, at D.W.C.C.. I was urinating when my back went out on me. causing me to hit my head on toilet, leaving a scar over my eye. Captain Mays took pictures of my head injury. I told nurse Jackie my back done went out on me, nurse Jackie did nothing to assist my back injury or condition.

I had to give this honorable U.S. Western District Court a historical back ground in order to have an over all essential understanding for IV Statements of Claims but this civil case is within the qualified immunity of D.W.C.C employees...

Due to me not receiving adequate medical treatment, consently receiving physical wantoning pain by prison security, unnecessary pain of suffering, I have went from walking to limping, to walking short distance before falling, and now I have to crawl around on the floor. I can not walk without holding on to something for support. Due to my back condition I'm hindered from proforming occupational duties in society for financial survival. I'm consently in pain and my back condition is showing more deformation each day which has invoked a risk for future injury of imminent danger.

Atypically due to institutional purposes Capt. Mays, Sgt. Furgerson, Capt. Ford, Sgt. Walker, Sgt. Long; and Sgt. Henry allow me to a wheelchair in order to take a shower, use the phone, and haircut. Due to bias content Capt. Jesse Scriber, Warden Jerry Goodwin, Colonel Lonnie Nail, Dr. Fuller, Dr. Hearn, Sgt. Fryer, EMT/Joe William, Capt. Benson, Capt. Cole, etc., will not allow me to use a wheelchair in order to cause me pain and suffering.

I have been having back pain ever since 12-15-09 incident at CCA/W.C.C but I have never had back deformation and unable to walk without using something to holding on to for support. until I came to D.W.C.C.. When I try to stand up my back muscles lock together in big knots that pushes against my nerves around my spine that causes my legs to go out on me. My back condition is becoming worst, showing more deformation, and on going pain. Which has invoked imminent danger.

I have stayed within the essence of imminent danger, I stated legitmate claims, and my statements are sufficient in order not to be frivolous or malicious.

V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory & punitive damages, #500,000. Accepting imminent danger

VI. Plaintiff's Declaration

A. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 25th day of Feburary, 2013.

438855
Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons or Alien registration number)

Dan Mitchell
Signature of Plaintiff

5/2006