U.S. Western District Court
State of Louisiana

Dan Mitchell

VS.

Warden Goodwin, et al

D.W.C.C. - 2012 - 0964

A.R.P. Number:

2-19-13

Date Filed:

* * * * *

"Individual Suit"

* * * * *

Warden Jerry Goodwin, Assistance Warden Dauzat, Colonel Lonnie Nail, A.R.P Screening Officer Tommy Garrett, RN/Register Nurse Paula Millwee, Licence Practice Nurse Jackie Tucker, Doctor Fuller, Doctor Hearn, Sergeant Fryer, Registered Nurse Tammy Poole, Captain Hanson, Colonel Rogers, Colonel Chris Evans, Captain Jessie Scriber, Emergency Medical Treatment Joe Williams, Registered Nurse Miram Hennigan, and Registered Nurse H. Liles.

Respectfully Submitted By:
Dan Mitchell #438855
D.W.C.C./N4-B#16
670 Bell Hill Road
Homer, La 71040-2150

U.S. Western District Court
State of Louisiana

* * *

# Exhibit #A

* * *

Six Photo Drawings of The Plaintiff
Back Side Deformations.
& Harassment of Prison Officers.

Dan Mitchell
Plaintiff #*438855




On 4-23-12, between 1:00 p.m. - 2:00 p.m., the plaintiff was escort to N3-B#6 at D.W.C.C., in a wheelchair. Camera

On 5-31-12, the plaintiff was escorted in a wheelchair, at D.W.C.C., to South Side Infirmary. Camera

On 5-31-12, between 8:00 p.m. or 9:30 p.m. At D.W.C.C., the plaintiff was escorted in a wheelchair by has cellie, inmate Dennis J. Knowles.

On 1-13-13, at 10:29 p.m., Sgt. McDowell placed the plaintiff in a wheelchair to use the telephone, N4-B-Tier. Camera

Due to obvious back deformations some David Wade Correctional Center prison officers allow the plaintiff to use a wheelchair. Camera



The plaintiff back is swollen, deformed, and his back muscles is pushing against his nerves around his spinal cord causing the plaintiff legs to go out on him. That's why some prison officers allow the plaintiff to use a wheelchair. But some officers will not allow the plaintiff to use a wheelchair, in order to deliberatel cause the plaintiff residual back deformations and long time suffering. The plaintiff is in need of immediate medical treatment.

1.)



On 6-15-12 & 6-16-12, Capt. Jesse Scriber holding the plaintiff lift arm punching him in the back and pulling up on the chain to keep the plaintiff from falling.

2.)



12-15-09, picture of plaintiff face when he was abused by correctional Officer Maxwell & Lieutentant Pam Horne while in restaints. Knots & Bruses.

3.)



6-19-12, 6:35a.m.
N3-D-Tier

On 6-15-12 & 6-16-12, due to physical abuse of Capt. Jesse Scriber punching the plaintiff in his back when he already knew the plaintiff suffer from painful back deformations. On 6-19-12, the plaintiff fail infront of N4-D-Tier-Cell#2, due to the pain of cruel & unusual punishment he suffer Capt. Scriber.

Due to Capt. Scriber abusive behavior towards the plaintiff on 6-15-12, 6-16-12, & 6-19-12 incidents. The plaintiff suffer painful residual back complications, which limited the plaintiff in walking. The plaintiff no longer could walk with the assistance of one officer. The plaintiff is suffering extreme back pain everytime officers force him to walk by their assistance.

4.)



On 6-15-12 & 6-16-12, Capt. Scriber holding the plaintiff left arm, punching him in the back, and then pulling up on the chain to keep the plaintiff from falling.

5.)



Picture of Back Before 4-13-12 And After 12-15-09 Incident, But The Plaintiff Suffer On Going Back Pain Ever Since 12-15-09. Back Pain Became More & More Intense After 4-13-12.



Plaintiff #438855
Photo #1

4-13-12, Off & On Back Deformation, When Standing Up.



Plaintiff # 438855
Photo #2

4-23-12, Permanent Back Deformation, When Using Support To Stand up.



Plaintiff #438855
Photo #3

1-9-13, Plaintiff Back Deformation Has Spread Form His Back To Both Sides of His Buttocks, When Using Support To Stand Up. Permanent Damages.



Plaintiff #438855
Photo #4

Present Back Deformation When Using Support To Stand Up - Permanent Damages.



Plaintiff #438855
Photo #5

4-13-12, 4-28-12, & 1-9-13. Plaintiff Back Shows No Deformation When Laying On His Stomach.



Plaintiff # A38855
Photo #6

U.S. Western District Court
State of Louisiana

* * *
# Exhibit B
* * *

## Declarations

Dan Mitchell
Plaintiff # 438855

U.S. Western District Court
State of Louisiana

* * *
**Declaration**
* * *

On 1-19-12, Dr. Fuller discontinued Robaxin pills. On 3-2-12, the plaintiff rescheudled robaxin pills by Dr. Fuller. On 8-23-12, Dr. Fuller, knew the plaintiff has not been rescheduled for his residual back deformations and Dr. Fuller did not prescribe the plaintiff no medication. On 2-1-13, Dr. Fuller prescribed the plaintiff medication for his back On Feburary of 2013 the plaintiff medication for his back ran out.

Dr. Fuller will not monitor the plaintiff residual back deformations because the medication Dr. Fuller be prescribing for the plaintiff does not be helping in no kind of way concerning his back pain and residual back deformations.

Pursuant to 28 U.S.C § 1746, my allegations are true

Executed Date: 2-21-13

Dan Mitchell #438855
D.W.C.C./N4*B#16
670 Bell Hill Road
Homer, La 71040

U.S. Western District Court
State of Louisiana

*  *  *

# Declaration

*  *  *

On 4-25-12, at David Wade Correctional Center. Col. Rogers conspirated with medical by illegally placing me in extended lock down, hindering me from receiving a G.E.D..

On 4-13-12, RN/H. Liles referred me to see Dr. Fuller but Col. Rogers illegally sentenced me to Ext. L.D., for malingering before I got chance to see Dr. Fuller on 4-26-13.

On 4-13-12, RN/H. Liles examined me; & then referred to see Dr. Fuller, due to back complications. But on 4-23-13, due to conspiracy RN/H. Liles place a inadequate Disciplinary Report against me, malingering.

Pursuant to 28 U.S.C § 1746, my allegations are true.

Exeuted Date: 2-20-13

Dan Mitchell #438855
D.W.C.C./N4-B#16
670 Bell Hill Road
Homer, La 71040

U.S. Western District Court
State of Louisiana

* * *
# Declaration
* * *

On 6-19-12, at 6:35 a.m.. At D.W.C.C.. Capt. Jesse Scriber dragged me off of N3-D-Tier, in order to inflict pain because he know I have back complications. 6-19-12 happen infront of N3-D-Tier-Cell#2 recording tier camera. I was then seen by EMT/ Joe Williams he then placed amonia in his hand and covered up my mouth and nose until I passed out. When I came back to, Capt. Benson was sit in a chair watching me like nothing never happen.

Dr. Hearn and Dr. Fuller are not certified as back specialists.
On 5-31-12, at David Wade Correctional Center I was sexually harassed by Sgt. Fryer and Dr. Hearn. Sgt Fryer ripped my jumpsuit open as I had to sit nude infornt of Dr. Hearn, until she brought me a sheet raip around me. Dr. Hearn hit my knee two times and then said their is nothing wrong with you. Dr. Hearn attentions was to never appropiately address my back complications. Sgt. Fryer & Dr. Hearn purposely used me for nudity.

Pursuant to 28 U.S.C § 1746, my allegations are true.

Executed Date: 2-20-13

Dan Mitchell #438855
D.W.C.C./N4-B#16
670 Bell Hill Road
Homer, La 71040

U.S. Western District Court
State of Louisiana

* * *

# Declaration

* * *

On 5-31-12, at David Wade Correctional Center. Between 8:00 p.m. - 9:30 p.m.. I used a wheelchair to shower, when I was forced to shower.

On 12-19-12, at D.W.CC.. Between 8:00 p.m.. - 4:30 p.m., I used a wheelchair to shower, when I was forced to shower.

On 12-29-12, at D.W.C.C.. Between 10:00 a.m. - 2:00 p.m.. Capt. Scriber and Sgt. Elmore atypically carried me from N4-B#2 to N4-B#16 in order to cause me wanton pain because they are conscious of my back complications.

My atypical definition is alot of D.W.C.C officers allow me to use a wheelchair and alot of D.W.C.C officers will not allow me to use a wheelchair due to bias content.

Pursuant to 28 U.S.C § 1746, my allegations are true.

Executed Date: 12*30*12

Dan Mitchell #438835
N4*B#16/D.W.CC
670 Bell Hill Road
Homer, La 71040

U.S. Western District Court
State of Louisiana

# Decaration

ON 5-31-12 sgt. fryer is illegally passing out medicatio to INmates when he's Not a L.P.N., R.N. Nor Doctor. Sgt. fryer is in conspiracy with DWCC Medical staff in order to deny my cellie Dan Mitchell has amitraptyline pills for his mental disoder.

Pursuant to 28 USC § 1746 my allegati are true.

Executed Date: 5-31-2012

#4916
Dennis Tyrone Knowles
D.W.C.C.
670 Bell Hill Rd.
Homer, LA 71040

# U.S. Western District Court
# State of Louisiana

*   *   *
## Declaration
*   *   *

On 4-23-12 at D.W.C.C., Sgt. Fryer incouraged Capt. Hanson to continue with her negative behavior towards me; by picking me up out the wheel-chair, by my jumpsuite collar.

On 5-31-12, At D.W.C.C., South Side Infirmary. Sgt. Fryer ripped my jumpsuite open as I had to sit nude infornt of Dr. Hearn, in order to sexually harass me because their attention was never to help me concerning my back complications.

On 5-16-12, at D.W.C.C.. Sgt. Fryer would not give me my medication and then told me to go f**k myself...

It is quite obvious that Sgt. Fryer behavior pattern is deliberate indifferent and he is in conspiracy with medical staff because RN/Paula Millwee and Warden Agie Huff even admitted that Sgt. Fryer is not a medical personnel but he is conducting pill call. Due to Sgt. Fryer not beginning a medical personnel he is in violation for conducting pill call, that's why A.R.P Screening Officer / Tommy Garrett illegally desire for inmates to file separate A.R.P's pertaining to medical and security; because he know medical, and security ~~are~~ in intimate conspiracy.

Pursuant to 28 U.S.C. § 1746, my allegations are true.

**Executed Date:** 1-12-13


Dan Mitchell #438855
D.W.C.C./N4 B#16
670 Bell Hill Road
Homer, La 71040

U.S. Western District Court
State of Louisiana

x x x
Declaration
x x x

On 12-15-09, at CCA/Winn Correctional Center, Cypress B1, somewhere between 1:00 p.m. or 5:00 p.m. I Ronnie Riley, observed LT. Pam Horne, C/O Maxwell, Capt. Rials, and C/O Potter escorting Inmate Demarcus Sullivan to Cypress B1 tier. Demarcus Sullivan was filled with chemical agent and he was screaming if you place me in the cell with anyone we are going to fight.

Demarcus was then placed in the cell with Alex Signed as officers wathched for 5 minutes, before chemical agent was used to brake them up from fighting.

Capt. Rails, C/O Maxwell, C/O Potter then tried to force Inmate Dan Mitchell to fight Demarcus. Mr. Mitchell then threw a liquied substance on LT. Horne because they gave him, no choice but to fight. LT. Horne then excessively used chemical agent on Mr. Mitchell. Mr. Mictell was placed in restraints and and then escorted off of B1 tier. Once Mr. Mitcell was escorted back to B1 tier Cypress unit his face was badly injured and he was complaining about his back bein in sevre pain.

Pursuant to 28 U.S.C. §1746 my allegations are true and correct.

Executed Date: 12-22-12

Ronnie Riley #393120
D.W.C.C. N4-B3
670 Bell Hill Road
Homer, La. 71040

U.S. Western District Court
State of Louisiana

* * *

# Declaration

* * *

After 3-10-04 incident, the plaintiff has been scheduled serquel pills at CCA/Winn Correctional Center, by the psychiartist. The plaintiff was also scheduled amitraptyline pills by the psychiartist at D.W.C.C., Apirl of 2012

On 3-10-04 at CCA/W.C.C. I had a altercation in the field with inmate Kenneth Walker, which resulted into me hitting him in the head; with a Garden Hoe, almost killing him. The Plaintiff has been suffering mental disorder every since 3-10-04 incident. See attached 3-10-04, Louisiana Department of Public Safety And Corrections Conduct Report.

Pursuant to 28 U.S.C. § 1746, my allegations are true.

Executed Date: 8-24-12

Dan Mitchell #438855
D.W.C.C./N3*D#2
670 Bell Hill Road
Homer, La 71040

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CONDUCT REPORT

NAME: Daniel Mitchell

DOC: 438855

DATE: 12/9/02

| REPORT | | | | BOARD ACTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Incident Date | Rule No. | Hearing Date | Repri-Mand | Extra Duty | Isol./Cell Conf. | Forfe-iture | Rec. Change (Jobs, Qtrs.,Inst.) | Loss of Privileges | Incentive Wages | Resti-ution |
| 1 | 3-26-03 | 3 | 3-31-03 | | | | 180 days | Custody change to WCB | | | |
| 2 | 3-8-03 | 4 | 3-13-03 | | | | | | 2 wk phone 2 wk canteen | | |
| 3 | 4-16-03 | 28 | 4-21-03 | | | 15 CTS rel. 5-1-03 | | | 4 wk. canteen res. 5-19-03 | | |
| 4 | 4-28-03 | 28 | 5-1-03 | | | 30 DAYS rel. 5-30-03 | | | 12 wks. canteen res. 8-11-03 | | |
| 5 | 5-2-03 | 3 | 5-5-03 | | | 30 DAYS rel. 6-29-03 | 180 days | | | | |
| 6 | 5-2-03 | 5 | 5-5-03 | | | 10 DAYS rel. 7-10-03 | | | 4 wks. rec. res. 6-2-03 | | |
| 7 | 5-2-03 | 17 | 5-5-03 | | | | | | 6wk. Phone res. 6-16-03 6wk. store res. 10-6-03 | | |
| 8 | 5-9-03 | 3, 5 | 5-12-03 | | | | 180 days | Adm. seg. pending trans to 6xLd | | | |
| 9 | 6-17-03 | 10 | 6-24-03 | | | | | | 4 wk store 4 wk phone sus f/90 days | | |
| 10 | 8-11-03 | 5 | 8-19-03 | ) Combine reports | | | | | | | |
| 11 | 8-11-03 | 10 | 8-19-03 | | | | | | 4 wk store res 11-3-03 4 wk phone res 9-30-03 | | |
| 12 | 11-10-03 | 11 | 11-18-03 | | | | | | 12 wk phone res 2-10-04 | (6) month res 5-18-04 | |
| 13 | 11-25-03 | 30-u | 12-16-03 | | | 10 day rel 12-26-03 | 180 days | | | | |
| 14 | 11-25-03 | 17 | 12-16-03 | Combine | | | | | | | |
| 15 | 2-15-04 | 22 | 2-25-04 | | | | | | 4 wk store 4 wk phone res 3-24-04 | | |
| → 16 | 3-10-04 | 11 | 3-15-04 | | | | 150 days | Adm. seq pending transfer 6xLd | | | |

1. Contraband (B)
1a Unauth. Item(A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)
7. Disrespect (A)
8. Escape (B)
10. Fighting (B)
11. Agg. Fighting (B)
12. Gambling (B)
14. Intoxication (B)
15. Malingering (B)
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)
19. Self-Mutilation (B)
21. Agg. Sex Off. (B)
22. Theft (B)
24. Unauth. Area (A)
26. Unsanitary Prac. (A)
27. Work Off. (A)
28. Agg. Work Off. (B)
29. Disturbance (B)
30. Gen. Proh. Behavior (B)

la-0091

# U.S. Western District Court
## State of Louisiana

× × ×
Declaration Declaration
× × ×

There are "Recording Cameras" within N4, N1, N2, and N3 units on each tier.

On 12-29-12, at David Wade Correctional Center. Between 10:00 am. and 200 p.m., I witness Dan Mitchell being carried from N4 unit B tier cell #2 to N4 unit B tier cell #16 by sgt. Elmore and capt. Jesse Scriber. Due to Mr. Mitchells facial expression, I could see that he was in great pain.

Because sgt. Elmore and capt. Scriber purposely escorting Mr. Mitchell in the manner that they did. Its very clear and evident that they caused Mr. Mitchell extreme pain, by not using a wheelchair...

Pursuant to 28 U.S.C § 1746 my allegations are sufficient...

Executed Date: 1/2/13

Ronnie Raley #393420
N4 B cell #3 DWCC
670 Bell Hill Road
Homer, La. 71040

# U.S. Western District Court
# State of Louisiana

* * *

## Declaration

* * *

On 5-2-12, at 5:50 a.m.. At David Wade Correctional Center. I wrote a request to A.R.P Screening Officer / Tommy Garrett stating to him to send me A.R.P documents that proves his allegations about why I have to filed separate A.R.P's on medical and security at D.W.C.C when they are involved in the same conspiracy. Tommy did not send me no documents to prove his allegations. Tommy has rejected several of my A.R.P's.. I when withdrawn all my A.R.P's in order to move forward with A.R.P I filed on 7-27-12. On 7-27-12, I resubmitted the same medical staff, security staff, and more conspiraters on the same A.R.P.. Therefore, on 8-3-12 my A.R.P was accepted for the one I filed on 7-27-12 and submitted to me on 11/26/12, by Tommy Garrett. See attached documents.

Pursuant to 28 U.S.C § 1746, my allegations are correct.

Executed Date: 1-8-13

Dan Mitchell #438855
D.W.C.C./N4.B#16
670 Bell Hill Road
Homer, La 71040

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: DWCC-2012 -0580

TO: Dan Mitchell 438855 — N3B
Offender's Name and Number — Living Quarters

04/23/2012
Date of Incident

ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

X REJECTED: Your request has been rejected for the following reason(s):
Multiple Issues and Disciplinary Matters - Disciplinary matters are not appealable through the ARP process. You need to file a disciplianry appeal on these issues. Also, you have requested remedies from two different departements (Security and Medical). You need to separate your medical and security issues and resubmit on different ARPs.

05/01/2012
Date

Tommy Garrett
Warden's Signature or Designee

David Wade Correctional Center

Administrative Remedy Procedure

REJECTED MAY 01 2012

DWCC-12-0580

438855 N3B

Dan Mitchell #438855

Job Assignment: Crew #1

Place of Incident: Crew #1, Crew 30, Infirmary, and N2 court room.

D.W.C.C. Warden's Office Administrative Remedy Procedure

Date of Incidents: 4-23-12 and 4-17-12, and 4-25-12

Housed: N3-B #6

Date Filed: 4-29-12

RECEIVED MAY 01 2012 DWCC

Describe nature of complicat, who, when, where, what, and how.

On 4-23-12, inmate William Gay #445476 help assist me to Crew #1 Sally Port for work call because I'm not able to walk without help. Crew #1 field bosses Peach and Dan told me I can not go to work having inmates helping me to walk, fill out in sick call.

Major Roderrick Malcolm asked me what's the problem? As inmate nick name Diamon Joe and William help assist me to the infirmary I told major Malcolm my back is giving me problems. On 4-23-12, major Malcolm placed an inadequate disciplinary report against me for aggravated work offense when he's not an Crew #1 Field Boss.

X I received an inadequate malingering by Miram Hennigan. On 4-23-12, RN/Tammy Poole, and RN/M. Liles placed an insufficient malingering against me. RN/Poole and her medical staff went around spreading false information about me by saying their's nothing wrong with me, I don't take my medicine, and I be talking disrespectful to them. I do take my first and third pill call medication. I do not take my second pill call medication because the Ibuprofen causes stomach pain or vomiting.

RN/Poole, RN/M. Liles, and RN/Hennigan are not specialized as an back specialists to determine my back condition.

1402

On 4-23-12, Capt. Manson made threatening remarks to me * and she grabbed me by my jump suit collar schereming at me saying I said stand up, while her knuckles was pushing under my chen causing my head to jurk back. When Capt. Manson grabbed me by my jump suit collar that caused more damages to my lower back. Sgt. Fryer, was helping to influence Capt. Manson actions. How can I stand up when I'm in handcuffs, shackles, and I have back problems?

On 4-24-12, I had to use cruches to make it to the shower. The shower has a 14 inch wall I have to step over, which causes more pain to my lower back, I have to sit down on a dirty shower floor in order to take a shower each other days after, and I'm not placed in a handicap cell which causes difficulties for me to use the rest room. Due to my lower * back condition I was also illegally sentenced by colonel Rogers and Nikki McCoy to extended lock down and many other sentencing imposements, which has also added more severe mental disturbance.

Due to D.W.C.C. conspiraters RN/Poole, RN/M. Liles, RN/Mennigan, major Malcolm, colonel Rogers, Nikki McCoy, and assistance warden Huff I'm placed in danger because I'm not in a handicap cell. A inmate can take advantage of me because of my back condition.

On 4-28-12, I was rushed to the infirmary in a stretcher by field boss Dan and Capt. Rhinehart, because of the intense hard-work in the field causes more intense complications to my lower back.

Lower back problems was initaliated by Pam Horne and Sgt. Maxwell, but reinjuries is caused by D.W.C.C conspiraters.

On 4-25-12, I notified assistance warden Huff about her medical staff incompetence behavior but Ms. Huff did nothing to address this matter.

This A.R.P is not retaliation because within the interest of justice I do have lower back complications.

Addressed * Warden's Office
D.W.C.C.

Dan Mitchell
4-29-12
Date Filed *

David Wade Correctional Center
Administrative Remedy Procedure

Dan Mitchell #438855
Job Assignment : Ø
Housed : N3 * D#2
Date Filed : 7-27-12

Place of Incident : CCA/WCC & D.W.C.C.
Date of Incidents : 3-10-04, 4-23-12, 4-17-12, 6-2-12, 6-1-12, 4-29-12, 12-15-09, 4-28-09, Apirl of 2009, and 5-26-12

Describe nature of complaint, who, when, where, what, & how:

Tommy Garrett insufficiently and deliberately denied my 14th Amendment by not allowing me to file an A.R.P concerning conspiracies of medical prison staff and security prison staff, because they are two different departments. Under Color of State Law of Section 1983. I can file an ARP on any different department, state, city, country, local governments, wardens, prison doctors, or prison administrators. See Monroe v. Pope, 365 U.S. 167 (1961). Therefore, I'm resubmitting my A.R.P..

My 8th Amendment has been violated because I have suffered physical abuse from prison officers while in restraint, which has led to mental or emotional injury. 42 U.S.C.A § 1997(e)e.

I'm also suffering assistance for serious medical need due to lower back complication. Estelle, 429 U.S. at 104; Gutierrez v. Peters, 111 F.3d 1364, 1369 (7th Cir. 1997).

Conspiraters are Jesse Scriber, Jim Wilkinson, Jerry Goodwin, Joe William, Pam Horne, Bobby Toler, Brian Canerday, Tommy Garrett, Warden Dauzat, Chris Evans, Dr. Fuller, Dr. Hearn, Dr. Wheat, nurse Jackie, Tammy Poole, Miram Hennigan, H. Liles, John M. Smart Jr., Mona Hayse, James M. Leblanc, Johathan R. Wining #30781, and Rhonda Z. Weldon, Sgt. Fryer, Capt. Hanson, and Puala Millwee, Col. Rogers, and Lonnie Nail, c/o Maxwell, nurse Smith.

Dan Mitchell
7-27-12

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: DWCC-2012 -0964

TO: Dan Mitchell 438855 — N4B
Offender's Name and Number — Living Quarters

06/19/2012
Date of Incident

X ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

REJECTED: Your request has been rejected for the following reason(s):

11/26/2012
Date

Tommy Garrett
Warden's Signature or Designee

U.S. Western District Court
State of Louisiana

* * *
# Declarations
* * *

On 5-10-12, 6:00 a.m., at D.W.C.C.. I notified South Side Investigative Officer Colonel Chris Evans about the deliberate indifference of his employees omitting my back complications that's causing me mental and physical pain. Col. Evans ignored my Notification. See attached document.

Pursuant to 28 U.S.C § 1746, my allegations are true. Col. Evan action are inappropriate, due to the score of his occupation, by allowing his employees cause me wanton pain or residual pain.

Executed Date: 2-21-13

Dan Mitchell #438855
D.W.C.C./N4*B#16
670 Bell Hill Road
Homer, La 71040

# David Wade Correctional Center
# Investigation

Dan Mitchell #438855
N3-B #6

Colonel's Office
Mr. Evans

* * *
## Notification
* * *

While house in H2-A on April of 2012, I fail and hit my head late one night due to back complications. The nurse told me either I sign a refusal for my medical sick call or she's going to write me up for malingering. See, noth side statements for medical "refusal".

On 4-17-12 nurse Jeffery Jackson examined me. Jeff verbally said I see their's something wrong with his lower back.

On 4-19-12, nurse Leelpn give me a duty rest for one day.

On 4-13-12, RN/H. Liles referred me to see the doctor because she seen my lower back. On 4-23-12, RN/H. Liles wrote me up for melingering and told me we are just lying on you.

On 4-23-12 Major Roderick Malcolm lied by saying he told me to go back to work. How can I go back to work when I was placed in a wheel chair.

On 4-23-12, Capt. Hanson grabbed me by my shirt collar pulling me out of my wheelchair and made verbal threats to me. When she pulled me out the wheelchair that caused

more strain to my lower back.

Due to the fact I can not talk to you confidentially because the last time I tried that I was cut off by insufficiency. Warden Goodwin asked for a medical oppinion? EMT Bill Martin walked in the room and said the left side of his back is sollowen. Warden Goodwin said it don't look like nothing is wrong to me, that when EMT Bill said it's nothing wrong with him.

Due to 4-19-12, 4-13-12, and 4-17-12 incidents how can I be inadequately placed in extended lock down if theirs nothing wrong with my lower back?

Head warden Jerry Goodwin is 100% against me by any mean necessary, that's why on 4-25-12 I was excessively and illegally sentence to 540 days loss of good time, $16.00 restitution, 24 days loss of yard, extended lock down, and consently harassed by security officers, and medical staff. How can I go on living at D.W.C.C ??? I'm not placed in a handicap cell and a inmate can be placed in the cell with me at any moment to hurt me. How can I defend myself when I can not walk?

Dan Mitchell
5*10*12

U.S. Western District Court
State of Louisiana

* * *
# Declaration
* * *

It is appropriate that Jerry Goodwin be sued & scripted from his licence as a warden because he deliberately abused his authority as a warden and violated his sworn oath as a warden by placing the plaintiff in the field at D.W.C.C., when he know about 3-10-04 & 4-28-09 incidents at CCA/W.C.C..

It is appropriate that Dr. Fuller and Dr. Hearn be sued & scripted from their licence as doctors because they both deliberately abuses their authority as doctors by denying the plaintiff appropriate medical treatment for his painful back complications, which has caused the plaintiff plainful residual back deformations.

Pursuant to 28 U.S.C. § 1746, my allegations are true.

Executed Dated: 2-21-13

Dan Mitchell #438855
D.W.C.C./N4 * B#16
670 Bell Hill Road
Homer, La 71040

U.S. Western District Court
State of Louisiana

* * *

# Declaration

* * *

On 4-25-12, Col. Rogers illegally sentenced the plaintiff to extended lock down for malingering. Within extend lock down the plaintiff is subject to long time suffering, medical not allowing the plaintiff to get a duty status in order to use a wheelchair, walking cain, or cruches to visit his mother, not allowed to receive a G.E.D., painful residual back deformations, physical harassed by medical and security, which has caused the plaintiff mental pain and suffering

Pursuant to 28 U.S.C § 1746, my allegations are true.

Executed Date: 2-21-13

Dan Mitchell #438855
D.W.C.C./N4* B#16
670 Bell Hill Road
Homer, La 71040

U.S. Western District Court
State of Louisiana

* * *
# Declaration
* * *

On 6-19-12 & 2-1-13, at David Wade Correctional Center, South Side Infirmary. The plaintiff has been physically harassed or abused. inside of South Side Infirmary. Their is no cameras and their is no consent color personnels that work inside of S.S.I.. Their is only one color male name nurse Jeff that work inside of S.S.I every 6 to 7 months. For every 1 caucasian medical staff that work inside of S.S.I their should be a color medical staff.

From 5:00 a.m. to 5:00 p.m. their is no color All Bird Colonel, assistance warden, nor major which is causing the plaintiff to receive cruel & unusual punishment.

Pursuant to 28 U.S.C § 1746, my allegations true.

Executed Date *: 2-21-13

Dan Mitchell # 438855
D.W.C.C / N4 * B# 16
670 Bell Hill Road
Homer, La 71040 * 2150

U.S. Western District Court
State of Louisiana

* * *
# Declaration
* * *

On 5-31-12, at David Wade Correctional Center. After the plaintiff was examined by Dr. Hearn improper procedure. The plaintiff was escorted in a wheelchair back to extended lock down N3-B#6 / N3-Unit-B-Teir-Cell#6. Sgt. Fryer then after came down N3-B-Tier pushing a pill cart full of medication. Sgt. Fryer then told me, Dr. Hearn done took everything, your atenol and amitraptyline medication. Dr. Hearn actions are deliberate indifferent and Sgt. Fryer actions are deliberate indifferent because he's conducting inmates medication when he's not a medical personnel.

Pursuant to 28 U.S.C §1746, my allegations are true, because back deformations did not spread to buttocks until, 1-9-13. Dr. Hearn and Sgt. Fryer had no reason to veiw the plaintiff nude, that's why a sheet was raipped around the plaintiff waist.

Executed Date: 2-21-13

Dan Mitchell#438855
D.W.C.C. / N4*B#16
670 Bell Hill Road
Homer, La 71040*2150

U.S. Western District Court
State of Louisiana

* * *

# Declaration

* * *

On 4-29-12, at 7:01 a.m., at David Wade Correctional Center. I receive a DPSLC Corrections Service Master Record, that affirm that Warden Jerry Goodwin, Classification Officer Mark Hunter, and Colonel Lonnie Nail illegally referred me to the field in order to be shot because they knew I took off running in the field pass the gun line at CCA/Winn Correctional Center. Due to an mental disorder because of 3-10-04 incident, when I stuck a Garden Hoe in inmate Kenneth Walker head.

In the field at D.W.C.C., field officers gives inmates Garden Hoes, Axes, etc to work with which triggers my mental disorder due to 3-10-04 incident at CCA/W.C.C.. The reason why Warden Goodwin, Col. Nail, Mr. Hunter illegally placed me in the field at D.W.C.C., in order for me to be shot if I take off running in the field. Due to my back complications' I could not run or hit a inmate with a tool because I thought he was Kenneth Walker.

These statements are true because their is no other logical reason why Warden Goodwin, Col. Nail, and Mr. Hunter would insufficiently place me in the field at D.W.CC when they knew I'm labled as an escape risk. See attached DPS&S / Master Record.

Pursuant to 28 U.S.C. § 1746, my allegations are true.

Dan Mitchell #438855
D.W.C.C./N4-B#16
670 Bell Hill Road
Homer, La 71040

Executed Date: 2-10-13

DATE: 04/25/12 DPS&C CORRECTIONS SERVICES TIME: 15:33
AMENDED: 04/11/12 MASTER RECORD PAGE 1

------------------------------ D E S C R I P T I O N ------------------------------

DOC #..: 00438855 CURRENT LOC: DAVID WADE CORR CTR
NAME: MITCHELL, DAN B/M DOB.......: 10/29/1979

SID NUMBER: 001737545 FBI NUMBER: 330198DD5 SOC.SEC....: 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
DRIVER LIC: - STRIKE.....: NO
HGT.......: 6`00 WEIGHT....: 160 HAIR.......: BLACK
EYES......: BROWN COMPLEXION: DARK SHOE SIZE.: 110

******************** R E L E A S E I N F O R M A T I O N ******************

DY DNA: Y
OFFENDER CLASS: 03 GT ACT.: ACT 572 TEST DATE: 05/17/2004
WRED: 01/07/2025
PED: NOTELG DS ...: 02/28/2026 FTD: 06/19/2031
ADJ.TO.: 01/07/2028

PB ACTION..: MS ON TOTAL LOSS OF GT TOTAL SENTENCE
TO DATE: 0678 031YRS/ 06MTH/ 00DAYS
TYPE ACTION: RESTORED: 0
ACTION DATE: CTRP Release Factor: 0 DAYS

COMMENTS: FORFEITURE OF GT FOR APR 2012 (540-ADJ TO 159)
RE-APPLIED PRIOR FORFEITURE OF GT

DETAINER: N DETAINER INFO:

-------------------- O F F E N S E I N F O R M A T I O N ------------------

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20370 | CLA | NA | 07/13/01 | / | FIRST DEGREE ROBB | 001 | 0300000 | NA | | 099 | 0570 |
| 41701 | WIN | CS | 10/22/09 | / | S-ESCAPE TYPE I | 001 | 0010000 | NA | | 572 | |
| 41951 | WIN | CS | 06/14/10 | ATT/ | BATTERY OF CORREC | 001 | 0000600 | NA | | 572 | |

U.S. Western District Court
State of Louisiana

# Declaration

ON 5-31-12 sgt. fryer is illegally passing out medicatio[n] to Inmates when he's Not a L.P.N., R.N. Nor Doctor. Sgt. fryer is in a bias conspiracy with D.W.C.C Medical staff in order to attempt or Kill my Cellie Don Mitchell #438855.

Pursuant to 28 U.S.C § 1746 my allegati[ons] are true.

Executed Date 5-31-2012

#4961

Dennis Tyme Knowles
D.W.C.C
670 Bell Hill Rd.
Homer, LA 71040

U.S. Western District Court
State of Louisiana

Dennis T. Knowles
292 A Washington St.
Homer, La 71040
(318) 927-2899

# Declaration

On 5-31-12, Dr. fuller and Dr. Hearn inadequately denied my cellie Dan Mitchell a duty status; which is Placing him in great danger because he have to Shower on the floor, see N3-B tier camera. On 5-31-12, some where Between 8:00 p.m. or 9:30 pm: Dan should be in a handicap cell due to his lower back condition.

Executed Date: 5-31-12

Pursuant to 28 U.S.C § 1746, my allegation are true.

Dennis T. Knowles #491613
N-3-B #6
670 Bell Hill Road
Homer, La 71040

U.S Western District Court
State of Louisiana

# Declaration

On 5-26-12, I Dennis T. Knowles observed my Cellie Dan Mitchell #43885! urainating when his back went out on him. Dan then felt to the floor while hitting his head on the toilet. I then called officer for Help.

Pursuant to 28 U.S.C § 1746, My allegations are true.

Excuted Date* 5-29-12

Respectfully Submitted

Dennis T Knowles 491613
N3-B6
670 Bell Hill Road
Homer, La 71040

U.S. Western District Court
State of Louisiana

Declaration

On 8-5-12, at 2:00 p.m. I was housed in N3-D#1, when I heard Capt. Benson tell Dan Mitchell N3-D#2, that he can not go to visit, because medical said he do not have a duty status for a wheelchair.

Pursuant to 28 U.S.C. 1746, my allegations are true.

Executed Date: 8-12-12

S/ Taurus Gregory
Taurus Gregory #415850
DWCC N3-D#1
670 Bell Hill Road
Homer, La. 71040

U.S. WESTERN DISTRICT COURT
STATE of LOUISIANA

DeclARATion

On 8-18-12 AT 9:20 A.M.. I WAS walking from N3-D4 on my way To my hour of RECREATion when I Sergio Arrington #512575 Noticed That N3 cell #2 of D Tier DAN Mitchell back is deformed...
PURSUANT TO 28 U.S.C. § 1746, my Allegations ARE TRUE.

EXECUTED DATE: 8-31-12

Sergio Arrington #512575
DWCC/N3 D4
670 Bell Hill Rd.
Homer, La 71040-2150

U.S. Western District Court
State of Louisiana

* * *
# Declaration
* * *

On 3-10-04, the plaintiff hit inmate Kenneth Walker in the head with a Garden Hoe; in the field, at CCA/Winn Correctional Center. 3-10-04 incident, caused the plaintiff mental disorder. Therefore, on 4-28-09. The plaintiff took off running in the field pass the gun line. The plaintiff was not trying to escape, he suffer from psychological defect. At CCA/W.C.C., Field Officer David Tucker did not fire a warning shot. F.O./Tucker fired one round to wound or kill the plaintiff.

On 4-13-12, Warden Jerry Goodwin, Colonel Lonnie Nail, and Classification Officer Mark Hunter conspirated to illegally place the plaintiff in the field at David Wade Correctional Center, in order for him to be shot and putting other inmate lifes in danger, due to plaintiff's mental disorder. Due to plaintiff back complications he was unable to run or defend himself from a inmate that he thought was Kenneth Walker, on 4-23-12; in the field, Crew #01: field work.

Jerry Goodwin, Mark Hunter, and Lonnie Nail purposely jeperdized the plaintiff life, and other inmate lifes in danger by placing the plaintiff in the field at D.W.C.C., when they knew about 3-10-04 & 4-28-09 incidents at CCA/W.C.C.. Therefore, Warden Goodwin will orchistrate his employees to conspirate against the plaintiff, due to his obvious painful back deformations. See attached documents.

Pursuant to 28 U.S.C. § 1746, my allegations are true.

Dan Mitchell #438855
D.W.C.C./N4*B#16
670 Bell Hill Road
Homer, La 71040

Executed Date: 2-20-13

# INCIDENT STATEMENT

| Facility | Winn Correctional Center | Incident Number | 2009-0601-143 I |
|---|---|---|---|
| Incident Date | 4-28-09 | Incident Time (HRS) | 10:35 Am |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| David Tucker F/O | 131768114 | Employee | |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On 4-28-09 at approx. 10:35 A.m I F/O D. Tucker while assigned to the B-line work crew, was on the east Pasture beside Tower 3 when I observed an (I) run from A/S McDonald's squad across the fence into the east pasture. I then Pulled my pistol and shot one Round toward the inmate in an attempt to stop him. After firing my round I observed the inmate go in the woods on the east side of the facility and my horse that I was mounted on went into a buck Causing me to fall from the horse onto the ground. I then was picked up in a transport vehicle by F/O Richard Clark and was transported to tower 2 to where I collected all field weapons to be passed out to the Chase team. After issuing all field weapons I then went to The Infirmary where I was seen by Medical. Shift supervisor Gary Coleman was notified

**Did you receive any injuries? YES or NO (If YES, Explain Below)** (YES circled) I recieved 5 scratches on my right arm

**Were you evaluated by medical? YES or NO** (YES circled)

| Printed Name: | David Tucker | | |
|---|---|---|---|
| Signature: | David Tucker | Date: | 4-28-09 |
| Typed By: | | Date: | |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C**

**Place an "X" in the appropriate box:**

| | |
|---|---|
| | Inmate/Resident refused to complete this 5-1C |
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

 

roprietary Information – Not For Distribution – Copyrighted

Property of Corrections Corporation of America

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: DWCC

| | | | |
|---|---|---|---|
| 1. Name of Offender<br>Dan Mitchell | 2. Number<br>438855 | 3. Date of Incident<br>23 April 12 | 4. Time of Incident<br>1245 |

| | | |
|---|---|---|
| 5. Place of Incident<br>North Infirmary | 6. Job Assignment (Offender)<br>Crew 01 | 7. Housing Assignment (Offender)<br>H2A |

8. Rule Violated Aggravated Work Offense | 9. Rule Number #28

10. Description of Incident (Include all relevant information-"unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force.") Use other side, if necessary.

**On the above date and approximate time, I Major Malcolm was informed by Sgt. Washington that I was needed in the North Infirmary. Upon my arrival, I was informed by Nurse Poole about Offender Dan Mitchell # 438855 who received a Rule # 15 Malingering at 10:20 this morning was declaring himself a Medical Emergency about his back for a second time to day. Nurse Liles informed me that medical couldn't find anything wrong with Offender Mitchell now nor this morning and he could return back to work (Crew 01). I Major Malcolm gave Offender Mitchell several direct verbal orders to report back to the North Sally Port for crew 1. Offender Dan Mitchell # 43855 refused to comply. Offender Mitchell stood up and stated, "Major Malcolm I can't work my back is still hurting." I Major Malcolm placed Offender Mitchell in handcuffs. Offender Mitchell was seen my medical.**

11. Offender Placed in Adm. Seg. [XX] Yes [ ] No

12. Signature of Reporting Employee: Roderick Malcolm C/Major
13. Name, Title, Assignment (Print): Roderick Malcolm, C/ Major Shift Supervisor

| | | | |
|---|---|---|---|
| 14. Date of Report<br>23 April 12 | 15. Time of Report<br>1320hr | 16. Report (copy) given to above offender by: | 17. Offender's Signature: |

18. Plea by Offender: [ ] Not Guilty [ ] Guilty    19. Verdict: [ ] Not Guilty [ ] Guilty

20. Date of Hearing:    21. Counsel Substitute: DOC#:

22. Motions: ______

23. Reasons For Disposition:
- [ ] Report is clear and precise.
- [ ] Lack of a credible defense/little or no
- [ ] Based on offender's statement.
- [ ] The officer's version is determined to be more credible than the offender's.
- [ ] Pled guilty/accepted guilty plea.
- [ ] Only defense is denying contents of report.
- [ ] The offender presented no evidence to refute the charges.
- [ ] The Inestigative officer's testimony was deemed more truthful and accurate than the
- [ ] Plea bargain.
- [ ] The offender's demeanor led the board to believe that the offender's testimony was untrue.
- [ ] Other ______

24. Reasons for Sentence:
- [ ] Seriousness of offense
- [ ] The need to protect the institution, employees or other.
- [ ] Poor conduct record. A total of ______ rule violation(s). A total of ______ Scheduled B violations since ______.
- [ ] Other ______

25. Sentence: ☐ Suspended ☐ Imposed ______ Days    26. Sentence: ☐ Suspended ☐ Imposed ______ Days

27. DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Dept. Reg. B-05-003 "Imposition of Restitution."

______
CHAIRMAN (DISCIPLINARY OFFICER)

______
MEMBER

U.S. Western District Court
State of Louisiana

* * *

**Declaration**

* * *

On 5-31-12, I wrote a request to medical, because someone kept taking my amitriptyline pills for mental disorder. I was notified that Dr. Hearn discontinued amitriptyline medication. Dr. Hearn had no sufficient reason to discontinue amitriptyline medication.

On 4-23-12, at 3:15 p.m.. RN/ Tammy Poole conspirated with medical by placing malingering against me at D.W.C.C..

On 4-17-12, at 2:10 p.m.. At David Wade Correctional Center. RN/ Miram Hennigan conspirated with medical by placing a Malingering against me.

RN/ Tammy Poole & RN/ Miram Hennigan purposely abused their authority as medical by placing inadequate malingering charges against me Tammy Poole & Miram Hennigan are not doctors and they do not classify as back specialists.

Pursuant to 28 U.S.C. § 1746, my allegations are true.

**Executed Date** 2-20-13

Dan Mitchell #438855
D.W.C.C./N4-B#16
670 Bell Hill Road
Homer, La 71040

LOUISIANA DEPARTMENT OF PUBLIC
DISCIPLINARY R

**INSTITUTION:** DWCC

| | |
|---|---|
| 1. Name of Offender Mitchell, Dan | 2. Number 438855 |
| 5. Place of Incident N. Inf | 6. Job Assignment (Offender) Crew 1 |
| 8. Rule Violated 15 malingering | 9. Rule N |

10. Description of Incident (Include all relevant information-"unusual offender behavior, staff ... osition, imme... action taken, including use of force.") Use other side, if necessary.

On the above date & time offender Mitchell, Dan DOC # 438855 maded medical emergency. After being assessed - found no reason to make emergency sick call. This matter could of been handled in routine sick.

11. Offender Placed in Adm. Seg. ☐ Yes ☒ No

| | |
|---|---|
| 12. Signature of Reporting Employee Tammy Poole RN | 13. Name, Title, Assignment (Print) Tammy Poole RN |

| | | | |
|---|---|---|---|
| 14. Date of Report ~~4-7~~ 23 April 12 | 15. Time of Report 1110 | 16. Report (copy) given to above offender by: | 17. Offender's Signature: |

18. Plea by Offender: ☐ Not Guilty ☐ Guilty 19. Verdict: ☐ Not Guilty ☐ Guilty

20. Date of Hearing:

21. Counsel Substitute:
DOC#:

22. Motions: ______

23. Reasons For Disposition:

☐ Report is clear and precise. ☐ Lack of a credible defense/little or no defense. ☐ Based on offender's statement.
☐ The officer's version is determined to be more credible than the offender's. ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report. ☐ The offender presented no evidence to refute the charges.
☐ The investigative officer's testimony was deemed more truthful and accurate than the offender's. ☐ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other ______

24. Reasons for Sentence:

☐ Seriousness of offense ☐ The need to protect the institution, employees or other.
☐ Poor conduct record. A total of ______ rule violation(s). A total of _____ Schedule B violations since ______.
☐ Other ______

| | |
|---|---|
| 25. Sentence: ☐ Suspended ☐ Imposed ______ Days | 26. Sentence: ☐ Suspended ☐ Imposed ______ Days |

27. DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Dept. Reg. No. B-05-003 "Imposition of Restitution."

______ CHAIRMAN (DISCIPLINARY OFFICER) ______ MEMBER

U.S. Western District Court
State of Louisiana

* * *
# Declaration
* * *

On 1-19-12, 10:15 a.m., at D.W.C.C.. Dr. Fuller discontinued Robaxin pills, just to hinder the plaintiff because Dr. Fuller has never examined the plaintiff at this particular time. On 3-2-12, after evaluation; Dr. Fuller then rescheduled the plaintiff Robaxin pills, for his back.

On 4-26-12, at D.W.C.C.; Dr. Fuller told the plaintiff, he has a knot in his back.

On 2-1-13, Dr. Fuller observed that the plaintiff back is becoming more and more deformed, and his back deformation is spreading. But Dr. Fuller still will not allow the plaintiff to use a wheelchair, cruches nor see an out-side doctor when he know he's not a certified back specalists.

On 2-1-13, Dr. Fuller observed that the plaintiff back is getting worst by deformation but Dr. Fuller stiff chose too cause the plaintiff On 2-1-13, the plaintiff explained to Dr. Fuller that when he's ruffly handle, dragged, dropped, or carried by D.W.C.C employees is causing him pain and exceed back deformations. Dr. Fuller told the plaintiff, so what, and then scheduled the plaintiff some more medication, which did not stop the plaintiff painful back deformations.

Dr. Fuller, is intelligent enough to know when a person ankle is swollen he's going to walk with a painful limp - The plaintiff back has the same symthms but worst, surrounding his spinal cord pushing against his nerves in his spinal area causing his legs to go out on him, Dr. Fuller is deliberately causing the plaintiff residual long time suffering... Pursuant to 28 U.S.C § 1746, my allegations are true

Dan Mitchell #438855

Executed Date: 2-20-13

D.W.C.C./ N4-B#16
670 Bell Hill Road
Homer, La 71040

U.S. Western District Court
State of Louisiana

# Declaration

ON 5-29-12, my cellie Dan Mitchell #438855 was placed on 10 days isolation when he has lower back Complication. DAN Was forced to sleep on a concrete.

Pursant to 28 U.S.C § 1746, my allegations are true.

Executed Date * 5-29-12

Respectfully Submitted
Dennis T. Knowles 491613
N-3 B#6

U.S. Western District Court
State of Louisiana

* * *
# Declaration
* * *

On 5-22-12, at 7:30. At D.W.C.C.. Lt. Col. Evans, Ass/t Warden Dauzat and Col. Nail all conspirated against. Ass/t Warden Dauzat placed a inadequate Disciplinary Report against me Rule #21 F, stating that I wrote a flirtatious letter to her. I was then sentenced to 10 days isolation, meaning I had too illegally lay, sit, and sleep on concrete for 10 days, 17½ hours each day. Col. Nail illegally sentence me to 10 days isolations because he knew I did not flirt with Ass/t Warden Dauzat. Col. Nail just desire for me to sleep on concrete to cause me more severe back pain or injuries.

Pursuant to 28 U.S.C. §1746, my allegations are true.

Executed Date: 2-20-13

Dan Mitchell #438855
D.W.C.C./N4*B#16
670 Bell Hill Road
Homer, La 71040

U.S. Western District Court
State of Louisiana

* * *

# Declaration

* * *

On 6-5-12, at D.W.C.C.. RN/Paula Millwee conspirated with Dr. Fuller and Dr. Hearn in order to omit my back complications.

On 6-15-12 and 6-16-12, at D.W.C.C.. Captain Jesse Scriber hit me in my back several of times out-side, on the way to the South Side Infirmary. Capt. Scriber was lifting up on the chain around my back to keep me from falling, due to back complications when walking.

Pursuant to 28 U.S.C. §1746, my allegations are true. The plaintiff is steady receiving physical abuse or harasment by D.W.C.C employees.

Executed Date: 2-22-13

Dan Mitchell #438855
N4 - B#16 / D.W.C.C.
670 Bell Hill Road
Homer, La 71040

U.S. Western District Court
State of Louisiana

* * *

Declaration

* * *

On 6-15-12 & 6-16-12, while I was in restraint. At D.W.C.C., out side heading to South Side Infirmary - Capt. Jesse Scriber had a chain tied around my waist. Capt. Scriber lifted up on the back of the chain to support me in walking. Capt. Scriber hit me in my back, and then pulled up on the chain to keep me from falling.

On 6-19-12, at 6:35 a.m.. N3-D-Tier Camera shows that I fail because Capt. Scriber would not get me a wheelchair nor help me in walking - Capt. Scriber then dragged me off of N3-D-Tier. I was then placed in a wheelchair. Capt. Scriber began to slap the me on top of my head. Once inside S.S. Infirmary Capt Scriber slapped me again, as Capt. Beason sat their with a smile on his face. After Capt. Scriber got through slapping, EMT / Joe Williams used amonia and then covered my nose and mouth with his hand until I blacked out.

Pursuant to 28 U.S.C § 1746, my allegations are true.

Executed Date: 2-27-13

Dan Mitchell #438855
D.W.C.C./N4+B#16
670 Bell Hill Road
Homer, La 71040