Dan Mitchell #488850
D.W.C.C./WA-B#16
670 Bell Hill Road
Homer, La 71040-2150

US POSTAGE
$ 05.60
Mailed From 71040
03/01/2013
031A 0005181220

"Legal Mail"

U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

MAR 0 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

X-RAY

U.S. Western District Court
300 Fannin Street, Suite 1167
Shreveport, La 71101-3083